128

PER CURIAM.
HALLETT, J., took no part.

James J. Doherty, Public Defender, of Chicago (Ira Churgin, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Linda West Conley, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE *ex rel.* ROBERT T. KEYES, Relator-Appellant, *v.* JOHN J. TWOMEY, Warden, Illinois State Penitentiary at Joliet, Respondent-Appellee.

(No. 58412;

First District (1st Division)—January 14, 1974.

PER CURIAM.

EGAN, J., took no part.

Robert T. Keyes, *pro se.*

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis, Assistant State's Attorney, of counsel), for the People.